IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN L. HILL, | CASE NO. 1:03-cv-6903 REC TAG |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| v. | |
| GORDON R. ENGLAND, Secretary of the navy, | [Docs. 52 & 53] |
| Defendant. | |

Plaintiff Bryan L. Hill ("Plaintiff") is proceeding pro se in an employment discrimination action pursuant to Title VII, 42 U.S.C. § 2000e-16, the Rehabilitation Act, 29 U.S.C. § 794 and the Age Discrimination in Employment Act, 29 U.S.C. § 633a. Pending before the court is Plaintiff's motion to compel the production of documents. (Court Doc. 52).

On July 11, 2005, Defendant filed a pleading moving to continue Plaintiff's motion to compel. (Court Doc. 53). Counsel for Defendant indicated that he would be unavailable on the scheduled hearing date due to a previously scheduled vacation. (Court Doc. 53). Defendant also informed the Court that the parties had not met and conferred in an attempt to resolve the issues of the pending motion to compel as required by Local Rule ("LR") 37-251. (Court Doc. 53, p. 2). A "meet and confer" on the pending motion is scheduled for August 30, 2005.

///

1

1  Based on the foregoing, and in light of an apparent lack of opposition from Plaintiff,[1] the
2  Court makes the following order:

3      1.    The parties shall "meet and confer" on the pending motion, as required by LR 37-251,
4           on August 30, 2005.
5      2.    Defendant's motion to continue the hearing on Plaintiff's Motion to Compel the
6           Production of Documents (Court Doc. 53) is GRANTED.
7      3.    Plaintiff's Motion to Compel the Production of Documents is continued from July 25,
8           2005, to October 17, 2005.
9      4.    The October 17, 2005 hearing on the motion shall take place at 9:30 a.m. in the
10          United States District Court Courtroom at 1300 18th Street, Bakersfield, CA, 93301.

12 IT IS SO ORDERED.

13 **Dated:   July 13, 2005**                    **/s/ Theresa A. Goldner**
    j6eb3d                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant asserts that Plaintiff indicated an intent to reschedule the hearing on the motion to compel to Monday, October 19, 2005. Since October 19, 2005, is a Wednesday, Defendant assumes Plaintiff intended to reschedule the date to Monday, October 17, 2005. Nevertheless, to date, Plaintiff has not rescheduled the hearing on the motion. (Court Doc. 53, p. 2).