1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    BRYAN L. HILL,                    )        Case No. 1:03-cv-6903 REC TAG
                                       )
10                  Plaintiff,         )        (Consolidated with 1:04-cv-5598 REC TAG)
                                       )
11          v.                         )        ORDER REGARDING PLAINTIFF'S
                                       )        MOTION FOR LEAVE TO AMEND
12   GORDON R. ENGLAND, Secretary of   )        AND PERMISSION TO SUPPLEMENT
     the Navy,                         )        PLAINTIFF'S MOTION TO COMPEL
13                                     )        DISCOVERY (Doc. 60)
                    Defendant.         )
14   _____)

15

16          PLEASE TAKE NOTICE that PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND

     PERMISSION TO SUPPLEMENT PLAINTIFF'S MOTION TO COMPEL DISCOVERY filed
17
     December 14, 2005 and entered December 15, 2005 was not properly noticed.  (Doc. 60).  Further,
18
     the Court has already ruled on PLAINTIFF'S MOTION TO COMPEL DISCOVERY.  (Doc. 59).
19
            Accordingly, PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND PERMISSION TO
20
     SUPPLEMENT PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Doc. 60) is
21
     DISREGARDED because it is not properly noticed and is moot.
22

23

24   IT IS SO ORDERED.

     **Dated:    December 28, 2005**            _____/s/ Theresa A. Goldner_____
25   j6eb3d                                     UNITED STATES MAGISTRATE JUDGE

26

27

28

                                               1