# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN L. HILL, | Case No. 1:03-cv-06903 REC TAG |
| Plaintiff, | (Consolidated with 1:04-cv-05598 REC TAG) |
| v. | (Related to 1:05-cv-00869 REC TAG) |
| GORDON R. ENGLAND, Secretary of the Navy, | ORDER REGARDING STATUS REPORTS AND STATUS CONFERENCE REGARDING CONSOLIDATION |
| Defendant. | |

This litigation involves two employment discrimination cases in which Bryan L. Hill ("Plaintiff") is appearing pro se. The cases were: <u>Bryan L. Hill v. Gordon R. England</u>, 1:03-cv-06903 REC TAG; and <u>Bryan L. Hill v. Gordon R. England</u>, 1:04-cv-05598 REC TAG. The two cases have been related, and Defendant filed a motion to consolidate the cases. The motion to consolidate the cases was granted by this Court. The Court ordered that <u>Bryan L. Hill v. Gordon R. England</u>, 1:03-cv-06903 REC TAG, be consolidated with <u>Bryan L. Hill v. Gordon R. England</u>, 1:04-cv-05598 REC TAG, for all purposes as one action, with <u>Bryan L. Hill v. Gordon R. England</u>, 1:03-cv-06903 REC TAG, as the lead case number.

A third case, <u>Bryan L. Hill v. England</u>, 1:05-cv-00869 REC TAG, was related to the aforementioned cases by order dated August 5, 2005 (Doc. 7 in case 1:05-cv-00869 REC TAG ). No motion to consolidate has been filed in relation to this third case.

The cases having been consolidated, the parties are ordered to submit separate Status Reports to the Court. These Status Reports shall:

1. Report to the Court any scheduling, discovery or other issues raised by the consolidation of 1:03-cv-06903 REC TAG with 1:04-cv-05598 REC TAG.

2. Report to the Court whether a motion to consolidate case 1:05-cv-00869 REC TAG with cases 1:03-cv-06903 REC TAG and 1:04-cv-05598 REC TAG will be filed and, if not, why not.

1  Parties and counsel should be prepared to discuss the matter of consolidation of "the duplicative
2  allegations and the First Cause of Action [in case 1:05-cv-00869 REC TAG] with the Consolidated
3  <u>Hill</u> Action," as set forth in Senior District Judge Robert E.Coyle's order dated November 8, 2005 in
4  case 1:05-cv-00869 REC TAG.
5      3.   Confirm that all experts in the consolidated cases will be disclosed by the March 31,
6  2006 deadline previously established in the Court's Scheduling Conference Order (Doc. 40), and that
7  all supplemental experts will be disclosed by the April 21, 2006 deadline also so set and, if not, why
8  not.
9      4    Confirm that the non-expert discovery deadline of March 31, 2006 and the expert
10 discovery deadline of March 31, 2006, both as set forth in the Court's Scheduling Conference Order
11 (Doc. 40), will be met in the consolidated cases and, if not, why not.
12     5.   Confirm that all non-dispositive motions in the consolidated cases will be filed by
13 May 31, 2006 and all dispositive motions will be filed by September 1, 2006, both as set forth in the
14 Court's Scheduling Conference Order.  (Doc. 40) and, if not, why not.
15     6.   Confirm that the consolidated cases will be ready for a pre-trial conference on
16 December 8, 2006 and ready for trial on January 23, 2007, both as set forth in the Court's Scheduling
17 Conference Order (Doc. 40) and, if not, why not.  The parties are hereby informed of the new
18 address of the District Court for the trial in this consolidated matter, which is United States District
19 Court, Courtroom No. 1, United States Courthouse, 2500 Tulare Street, Fresno, California, 93721.
20     7.   Address whether either party still requests a trial by jury.
21     8.   Address any other matter, not covered above, which either party desires to call to the
22 attention of the Court.
23     9.   Both parties shall attend a Status Conference before Magistrate Judge Goldner on
24 February 16, 2006, at 10 a.m., in the United States Courtroom at 1300 18th Street, Bakersfield,
25 California.
26     The parties are informed that they may, if all consent, have this case tried by a United States
27 Magistrate Judge while preserving their right to appeal.  An appropriate form for consent to trial by a
28 Magistrate Judge shall be served forthwith.  Any party choosing to consent should complete the form

and return it to the Clerk of this Court.  Neither the Magistrate Judge nor the District Judge handling the case will be notified of the filing of a consent form unless all parties to the action have consented.

The parties are advised that failure to file status reports pursuant to this Order may result in the imposition of sanctions, including dismissal of the action, preclusion of issues or witnesses, and/or entry of default judgment.

Accordingly, it is HEREBY ORDERED as follows:

1. Within thirty (30) days of the date of service of this Order, Plaintiff shall serve and file a Status Report consistent with the requirements of this Order;

2. Within thirty (30) days of the date of service of this Order, Defendant shall serve and file a Status Report consistent with the requirements of this Order;

3. Both parties shall attend a Status Conference before Magistrate Judge Goldner on February 16, 2006, at 10 a.m., in the United States Courtroom at 1300 18th Street, Bakersfield, California.

4. The Clerk of the Court shall serve forthwith to all parties and counsel of record a consent form for Magistrate Judge jurisdiction.

**FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated:     **January 11, 2006**                              /s/ Theresa A. Goldner
**j6eb3d**                                                          UNITED STATES MAGISTRATE JUDGE