IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HILL,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GORDON R. ENGLAND, Secretary<br>of the Navy,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 03-6903 LJO TAG<br><br>**ORDER TO STRIKE PLAINTIFF'S PAPERS TO OPPOSE SUMMARY JUDGMENT/ADJUDICATION MOTION**<br>(Docs. 107-111.) |

**INTRODUCTION**

In this age discrimination and related action, defendant Gordon R. England, Secretary of Navy,[1] seeks to strike plaintiff Bryan Hill's ("Mr. Hill's") untimely and impermissible papers to oppose the Navy's summary judgment/adjudication motion. After consideration of the Navy's papers and the record, this Court GRANTS the Navy's request and STRIKES Documents 107-110 filed in this action.

**DISCUSSION**

On October 1, 2007, the Navy filed and served its summary judgment/adjudication papers and set a November 1, 2007 hearing. Under this Court's Local Rule 78-230(c), October 18, 2007 was the deadline to file and serve opposition papers. After this Court received no timely opposition, this Court issued its October 22, 2007 decision to grant the Navy summary judgment and to vacate the November

---

[1] For ease and convenience, defendant Gordon R. England, Secretary of the Navy, will be referred to as the "Navy."

1

1, 2007 hearing, pursuant to Local Rule 78-230(c), (h).  The clerk entered judgment in favor of the Navy and against Mr. Hill.  After the decision and judgment were filed and served, Mr. Hill filed on October 22, 2007 his ex parte request to extend the summary judgment/adjudication deadline to October 31, 2007.  This Court's October 23, 2007 order denied Mr. Hill's request on grounds that Mr. Hill: (1) violated F.R.Civ.P. 6(b) and this Court's Local Rule 6-144(e) and improperly sought ex parte a postdeadline extension without a noticed hearing; and (2) failed to establish excusable neglect or good cause for an extension.

Without this Court's permission and contrary to this Court's order, Mr. Hill filed on October 29, 2007 papers ostensibly to oppose summary judgment/adjudication.  Mr. Hill's papers are improperly before this Court to oppose summary judgment/adjudication.  Mr. Hill's papers are insufficient to seek and fail to substantiate F.R.Civ.P. 59(e) or reconsideration relief.

## CONCLUSION AND ORDER

For the reasons discussed above, this Court GRANTS the Navy's request and DIRECTS the Court's clerk to strike Docs. 107-110 from the Court's docket.[2]

IT IS SO ORDERED.

**Dated:   November 1, 2007**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

---

[2] When a document is stricken, it becomes a nullity and is not considered by the Court for any purposes.